1   KEREN E. GESUND, ESQ.
    Nevada Bar No. 10881
2   **GESUND & PAILET, LLC**
3   5550 Painted Mirage Rd.
    Suite 320
4   Las Vegas, NV 89149
    Tel: (702) 300-1180
5   Fax: (504) 265-9492
    keren@gp-nola.com
6   *Attorney for Plaintiff*

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9   TATYANA MIRONOVICH;                    Case No.: 2:17-cv-01476

10              Plaintiff,

11  vs.

12  EQUIFAX INFORMATION SERVICES, LLC,     **STIPLATION TO DISMISS *ONLY***
    EXPERIAN INFORMATION SOLUTIONS,        **DEFENDANTS          NATIONSTAR**
13  INC., and NATIONSTAR MORTGAGE, LLC,    **MORTGAGE, LLC AND EXPERIAN**
                Defendants.                **INFORMATION SOLUTIONS, INC.**
14

15            **STIPULATION TO DISMISS WITH PREJUDICE**

16          IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, TATYANA

17
    MIRONOVICH, and Defendants NATIONSTAR MORTGAGE, LLC AND EXPERIAN
18
    INFORMATION SOLUTIONS, INC., by and through undersigned counsel of record, pursuant
19
    to 41(a)(1)(A)(ii), that the above-captioned matter may
20

21

22

23

24  / / /

25  / / /
26
    / / /
27
    / / /
28

                                        - 1 -

be dismissed as to those Defendants, WITH PREJUDICE, with each party to bear its own attorney's fees and costs. This stipulation does not dismiss any claims against Defendant EQUIFAX INFORMATION SERVICES, LLC. All claims against Defendant EQUIFAX INFORMATION SERVICES, LLC, remain live.

**AGREED AND ACCEPTED:**

**Plaintiff:**                                    **Defendant:**

DATED this 8th day of December, 2017     DATED this 8th day of December, 2017

GESUND & PAILET, LLC                     AKERMAN LLP

By: */s/ Keren E. Gesund, Esq.*              By: */s/ Tenesa S. Scaturro, Esq*
   KEREN E. GESUND, ESQ.               TENESA S. SCATURRO, ESQ.
   Nevada Bar No. 10881                 Nevada Bar No. 12488
   5550 Painted Mirage Road             1160 Town Center Drive
   Suite 320                            Suite 330
   Las Vegas, NV 89149                  Las Vegas, NV 89144
   Telephone: (702) 300-1180            Telephone: (702) 634-5000
   Fax: (504) 265-9492                  Facsimile: (702) 380-8572
   keren@gp-nola.com                    Tenesa.scaturro@akerman.com
   *Attorney for Plaintiff*             *Attorney for Defendant Nationstar*
                                        *Mortgage LLC*

DATED this 8th day of December, 2017

NAYLOR & BRASTER

By: */s/ Andrew M. Cummings, Esq.*
Andrew M. Cummings
Nevada Bar No. 14505
acummings@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone:      (949) 851-3939
Facsimile:      (949) 553-7539

   Jennifer L. Braster
   Nevada Bar No. 9982
   1050 Indigo Drive
   Suite 200
   Las Vegas, NV 89145
   Telephone: (702) 420-7000
   Fax: (702) 420-7001
   jbraster@naylorandbrasterlaw.com
   *Attorney for Defendant Experian*
*Information Solutions, Inc.*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: ___December 8, 2017

- 3 -