KEREN E. GESUND, ESQ.
Nevada Bar No. 10881
**GESUND & PAILET, LLC**
5550 Painted Mirage Rd.
Suite 320
Las Vegas, NV 89149
Tel: (702) 300-1180
Fax: (504) 265-9492
keren@gp-nola.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TATYANA MIRONOVICH;<br><br>    Plaintiff,<br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., and NATIONSTAR MORTGAGE, LLC,<br>    Defendants. | Case No.:  2:17-cv-01476<br><br>**STIPLATION TO DISMISS EQUIFAX INFORMATION SERVICES, LLC.** |

## STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, TATYANA

MIRONOVICH, and Defendant EQUIFAX INFORMATION SERVICES, LLC, by and

through undersigned counsel of record, pursuant to 41(a)(1)(A)(ii), that the above-captioned

matter may

///

///

///

- 1 -

be dismissed as to Defendant, WITH PREJUDICE, with each party to bear its own attorney's

fees and costs.

**AGREED AND ACCEPTED:**

**Plaintiff:**                                        **Defendant:**

DATED this 25th day of January, 2018        DATED this 25th day of January, 2018

GESUND & PAILET, LLC                         SNELL & WILMER LLC


By: */s/ Keren E. Gesund, Esq.*              By: */s/ Bradley T. Austin, Esq.*
   KEREN E. GESUND, ESQ.              BRADLEY T. AUSTIN, ESQ.
   Nevada Bar No. 10881                Nevada Bar No. 13064
   5550 Painted Mirage Road            3883 Howard Hughes Parkway
   Suite 320                           Suite 1100
   Las Vegas, NV 89149                 Las Vegas, NV 89169
   Telephone: (702) 300-1180           Telephone: (702) 784-5200
   Fax: (504) 265-9492                 Fax: (702) 784-5252
   keren@gp-nola.com                   baustin@swlaw.com
   *Attorney for Plaintiff*            *Attorney for Defendant Equifax*
                                             *Information Services, LLC*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: ___January 25, 2018___

4810-5613-0395

- 2 -